**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In Re: | UYLONDA G HENDERSON | § | Case No.: 08-16277 |
| | | § | |
| | | § | |
| | | § | |
| | | § | |
| | Debtor(s) | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2008.

2) This case was confirmed on 09/24/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/03/2009, 05/05/2009.

5) The case was dismissed on 06/03/2009.

6) Number of months from filing to the last payment: 9

7) Number of months case was pending: 15

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 120.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,135.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,135.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 739.28 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 81.72 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 821.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DRIVE FINANCIAL SERV | SECURED | 7,075.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SERV | UNSECURED | 5,805.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 706.00 | NA | NA | .00 | .00 |
| AMERITECH | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 857.00 | 857.27 | 857.27 | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 724.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 300.00 | 1,504.93 | 1,504.93 | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 522.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 792.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | OTHER | NA | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | OTHER | NA | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCIATES | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 418.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | NA | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 182.00 | NA | NA | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ADVOCATE TRINITY HOS | UNSECURED | 3,646.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 1,544.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 1,151.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 649.00 | NA | NA | .00 | .00 |
| EHS TRINITY HOSPITAL | UNSECURED | 303.00 | NA | NA | .00 | .00 |
| EHS TRINITY HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO PARK | UNSECURED | 8,000.00 | 8,935.00 | 8,935.00 | .00 | .00 |
| EVERGREEN MEDICAL SP | OTHER | NA | NA | NA | .00 | .00 |
| EVERGREEN MEDICAL SP | OTHER | NA | NA | NA | .00 | .00 |
| EVERGREEN MEDICAL SP | OTHER | NA | NA | NA | .00 | .00 |
| EVERGREEN MEDICAL SP | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| EVERGREEN MEDICAL SP | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| EVERGREEN MEDICAL SP | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| EVERGREEN MEDICAL SP | OTHER | NA | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 371.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 327.00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL CENTE | UNSECURED | 319.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 271.00 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 2,082.00 | NA | NA | .00 | .00 |
| ILLINOIS INDIANA EM | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| ILLINOIS INDIANA EM | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| NEW AGE FURNITURE | OTHER | NA | NA | NA | .00 | .00 |
| NOREEN MCLAUGHLIN | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 725.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 3,976.00 | 3,976.16 | 3,976.16 | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 605.00 | NA | NA | .00 | .00 |
| SPRINGFIELD HOUSING | UNSECURED | 755.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | OTHER | NA | NA | NA | .00 | .00 |
| SURETY FINANCIAL SER | UNSECURED | 303.00 | NA | NA | .00 | .00 |
| TCF BANK | OTHER | NA | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 750.00 | 750.00 | .00 | .00 |
| NEW AGE FURNITURE | SECURED | NA | 1,153.67 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 314.00 | 314.00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 725.00 | 725.00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 314.00 | 314.00 | .00 |
| **TOTAL PRIORITY:** | 314.00 | 314.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,748.36 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 821.00 | |
| Disbursements to Creditors | $ 314.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,135.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/22/2009

/s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**